UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: ___8/17/2021___
```

------------------------------------------------------- X
                        :

CAMILLE WILLIE MAE WISE,         :

                Plaintiff,    :

                        :           21-cv-3726 (VSB)

       -against-          :

                        :           **ORDER**

EARLY WARNING SERVICES, LLC,    :

                        :

             Defendant.    :

                        :
------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of Plaintiff's motion to seal her initial complaint, filed on August 11,

2021.  (Doc. 8.)  In this filing, Plaintiff represents that her initial complaint, (Doc. 2), has some

personal information that should be redacted.  While I agree with Plaintiff that certain aspects of

her initial complaint should be redacted, I do not believe that the entire complaint should be

sealed.  Accordingly, it is hereby:

       ORDERED that Plaintiff is directed to submit a filing on the docket identifying the

specific portions of her initial complaint, (Doc. 2), that she believes should be redacted.

       IT IS FURTHER ORDERED that, for the time being, the Clerk's office is directed to

make Document 2 viewable only to the parties and the Court.

       The Clerk's office is directed to mail a copy of this Order to the pro se Plaintiff.

    SO ORDERED.

Dated:  August 17, 2021
       New York, New York

                               Vernon S. Broderick
                               United States District Judge