```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CAMILLE WILLIE MAE WISE,                                   :
:
                Plaintiff,           :
:      21-CV-3726 (VSB)
    -against-                                         :
:      **ORDER**
:
EARLY WARNING SERVICES, LLC,                               :
:
                Defendant.           :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Pro Se Plaintiff's request to refile a letter in this case, which Plaintiff erroneously filed in another case. It is hereby:

      ORDERED that Plaintiff shall file the letter in the correct case.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Pro Se Plaintiff.

SO ORDERED.

Dated:    December 14, 2021
             New York, New York

                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge