UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CAMILLE WILLIE MAE WISE,                                   :
                                                           :
                              Plaintiff,                   :
                                                           :                21-cv-3726 (VSB)
               -against-                                   :
                                                           :                   **ORDER**
EARLY WARNING SERVICES, LLC,                               :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

        On April 26, 2021, Plaintiff initiated this action.  (Doc. 1.)  Plaintiff filed an Amended

Complaint on August 11, 2021, (Doc. 9), and Defendant filed its answer on October 4, 2021,

(Doc. 17.)  On October 6, 2021, I issued an initial pretrial conference order, directing the parties

to submit a joint letter and proposed case management plan and scheduling order on or before

October 20, 2021. (Doc. 19.)  The parties have not done so.  On December 13, 2021, Plaintiff

sent an email notifying the Court that she had misfiled a letter under the incorrect case number.

On December 14, 2021, I issued an order for Plaintiff to file the letter under this case number.

(Doc. 24.)  Plaintiff has not done so.  Accordingly, it is hereby:

        ORDERED that the parties shall file the joint letter and proposed case management plan

and scheduling order by no later than January 18, 2022.  If the parties fail to do so, I may dismiss

this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

        IT IS FURTHER ORDERED that Plaintiff file the misfiled letter under this case number

by no later than January 18, 2022 if Plaintiff wishes the Court to consider the letter.

        The Clerk of Court is respectfully directed to mail a copy of this order to the Pro se

Plaintiff.

SO ORDERED.

Dated: January 3, 2022
       New York, New York

Vernon S. Broderick
United States District Judge