UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CAMILLE WILLIE MAE WISE,

                Plaintiff,

-against-

EARLY WARNING SERVICES, LLC,

                Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2022

21-CV-03726 (VSB)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    On January 7, 2022, the Honorable Vernon S. Broderick assigned this matter to my docket for settlement. By January 21, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

    The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    January 10, 2022
              New York, New York