UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
CAMILLE WILLIE MAE WISE, :
:
                Plaintiff, :
: 21-CV-3726 (VSB)
      -against- :
: **ORDER**
:
EARLY WARNING SERVICES, LLC, :
:
              Defendant. :
:
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Following the parties' settlement conference on April 21, 2022 before Magistrate Judge Netburn, it is hereby:

       ORDERED that the post-discovery conference on April 28, 2022 is adjourned *sine die*.

       IT IS FURTHER ORDERED that the parties shall meet and confer and submit a joint letter on or before May 5, 2022 with an update concerning the status of the case. It is further ordered that the joint letter include any progress regarding settlement and, if no progress has been made, a proposed schedule for summary judgment motions.

SO ORDERED.

Dated: April 21, 2022
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge